```
                  UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION

JOHN JAY SLATTON, et al.,       )
                                )
        Plaintiffs,             )
                                )
             v.                 )   NO.  3:12-1224
                                )   Judge Sharp/Bryant
NEW ENGLAND COMPOUNDING         )   Jury Demand
PHARMACY, INC.,                 )
                                )
        Defendant.              )
```

### O R D E R

The Court has received a notice stating that defendant New England Compounding Pharmacy, Inc. has filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts and, as a result, that this action is currently stayed pursuant to the automatic stay provisions of the bankruptcy code.

For this reason, the initial case management conference in this case, scheduled for January 28, 2013, is CANCELED, subject to being reset upon motion of any party after obtaining relief from the bankruptcy stay.

It is so **ORDERED**.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge